**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6238**

———————

ANTONIO MOSLEY,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:14-cv-00399-MOC; 3:11-cr-00336-MOC-1)

———————

Submitted: March 17, 2015         Decided: March 31, 2015

———————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Antonio Mosley, Appellant Pro Se. William Michael Miller, Melissa Louise Rikard, Assistant United States Attorneys, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Mosley seeks to appeal the district court's order staying the Government's response to his motion for access to sealed court records. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Mosley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED